# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. <u>CR-24-056-J</u> ) |
| GLORIA LESHELL BILLS, | ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF DISCOVERY MEETING

The United States, through its counsel, Matthew P. Anderson, along with Defendant, Gloria Leshell Bills, through her counsel, Robert D. Gifford, hereby notify this court, pursuant to the Courts order dated May 21, 2024, (Doc. 80) that the parties met in person on May 23, 2024, regarding discovery issues. The Government provided eleven (11) pages of documents as related to the K-9 Team, including the certificate from the Oklahoma Council on Law enforcement Education & Training and training records from the month proceeding the stop. The parties also discussed the fact that the Government had already provided information that showed the time of the request for the K-9 Team and the arrival of the K-9 Team. The parties state that any contested issues of discovery and inspection raised by Defendant have now been provided.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/Matthew P. Anderson
MATTHEW P. ANDERSON
Assistant United States Attorney
Bar No. 30472
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8788 (Office)
(405) 553-8888 (Fax)
matthew.anderson2@usdoj.gov

For the defendant:

s/Robert D. Gifford
ROBERT D. GIFFORD
Gifford Law, P.L.L.C.
P.O. Box 2682
Oklahoma City, Oklahoma 73101
(405) 778-4647 (Office)
(877) 295-0287 (Fax)
Robert.gifford@giffordlawyer.com